UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 11-865 |
| | : | |
| PETER ZAGORSKI, | : | VIOLATIONS: |
| also known as Piotr Zagorski, | : | |
| | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Distribution of Child Pornography) |
| Defendant. | : | 18 U.S.C. § 2422(b) |
| | : | (Attempted Coercion and Enticement of a |
| | : | Minor) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 24, 2011, October 25, 2011, and November 8, 2011, in the District of Columbia and elsewhere, the defendant, **PETER ZAGORSKI**, also known as Piotr Zagorski, using any means or facility of interstate commerce, that is, a computer and the Internet, did knowingly distribute visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

### COUNT TWO

Between on or about October 24, 2011, and on or about November 16, 2011, the defendant, **PETER ZAGORSKI**, also known as Piotr Zagorski, within the District of Columbia and elsewhere, using facilities of interstate commerce, that is a telephone and computer connected to the Internet,

did knowingly attempt to persuade, induce, entice, and coerce a minor under 18 years of age, to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

> **(Attempted Coercion and Enticement of a Minor**, in violation of 18 United States Code, Section 2422(b))

A TRUE BILL:


FOREPERSON

*Ronald C. Machen Jr. /kaw*

Attorney of the United States in
and for the District of Columbia